In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-463 CV


____________________



KELLEY BROTHERS, INC., Appellant



V.



CONEX INTERNATIONAL CORP., ET AL., Appellees






On Appeal from the 172nd District Court


Jefferson County, Texas


Trial Cause No. E-172,899






MEMORANDUM OPINION (1)


 The appellant, Kelley Brothers, Inc., filed a motion to dismiss this accelerated
interlocutory appeal. The Court finds that the motion is voluntarily made by the motion
of the appellant prior to any decision of this Court and should be granted. Tex. R. App.
P. 42.1(a)(1). No other party filed notice of appeal.


 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED without reference to the merits of the appeal. Appellate costs are
assessed against the appellant.

 PER CURIAM

Opinion Delivered December 2, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.